Submitted In Banc February 5, 1992, on respondents - cross-appellants petition for reconsideration filed December 18, 1991, of opinion filed July 24 (108 Or App 196, 816 P2d 612), petition for reconsideration denied July 8, petition for review denied September 29, 1992 (314 Or 392)

STATE OF OREGON,
*Appellant - Cross-Respondent,*

*v.*

ANGELA E. YOUNG,
*Respondent - Cross-Appellant.*

(88-1315)

STATE OF OREGON,
*Appellant - Cross-Respondent,*

*v.*

KELLY MAX YOUNG,
*Respondent - Cross-Appellant.*

(88-1316; CA A62227)

834 P2d 1040

Forest N. Rieke, Leland R. Berger, Jon P. Martz and Rieke, Geil & Savage, P.C., Portland, for petition.

PER CURIAM

Warren, J., dissenting.

**WARREN, P. J.,** dissenting.

I would grant the petition for reconsideration for the reasons stated in my special concurrence opinion in *State v. Worsham*, 114 Or App 170, 834 P2d 1033 (1992). Joseph, C. J., and Rossman, J., join in this dissent.